MURPHY and Another *v.* SMELCER.

APPEAL from the *White* Common Pleas.

*Per Curiam.*—Suit on note. Answer filed and then withdrawn, and by agreement cause submitted to court. Judgment for amount of note and interest. No motion for new trial. There is no error.

The judgment is affirmed, with 10 per cent. damages and costs.

*G. O. Behm,* for appellant.

*S. A. Huff* and *R. Jones* and *Turpie,* for appellees.